Motion Granted; Dismissed and Memorandum Opinion filed
September 13, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00667-CR

____________

 

EX PARTE RAHIM GHULAM ALI

 



 

On Appeal from the 23rd District Court

Brazoria County, Texas

Trial Court Cause No. 42,749-A

 



 

MEMORANDUM
OPINION

Appellant, the State of Texas,
filed a motion to dismiss its appeal from the order signed by the court below
on July 17, 2011.

Having considered the motion
and found it meritorious, we order the appeal dismissed.  We direct the Clerk of this Court to
issue the mandate immediately.

 

PER CURIAM

 

Panel consists of Justices
Frost, Seymore, and Jamison.

Do Not Publish — Tex. R. App.
P. 47.2(b).